IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| Paul Lanakila Campos, | ) | 1:06-CV-00526-HG-KSC |
| Plaintiff(s), | ) | |
| vs. | ) | |
| United States of America, | ) | |
| Defendant(s). | ) | |

## ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on April 7, 2008,

//

//

//

//

//

//

//

//

//

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation, document no. 93, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 30, 2008.



   /s/ Helen Gillmor

Chief United States District Judge

cc:all parties of record